# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| J.A. LANIER & ASSOCIATES, INC. | § | |
| | § | |
|    Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-390 |
| | § | |
| ROBBINS ELECTRA MANAGEMENT, | § | |
| LLC, AND CHRISTINE DEFILIPPIS | § | |
| | § | |
|    Defendants | § | JURY TRIAL DEMAND |

## UNOPPOSED PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, J.A. Lanier & Associates, Inc., (hereinafter "Lanier"), files this motion for leave to file its first amended complaint. In support of this motion, Plaintiff would show this honorable court as follows:

1. Under the Court's scheduling order *(Document 9)*, the Court set the deadline for Plaintiff to file amended pleadings for October 11, 2021. The Court also required a motion for leave to amend for any such pleading. Pursuant to that scheduling order, Plaintiff requests leave to file "Plaintiff's First Amended Complaint," which is attached hereto as Exhibit "A."

2. Plaintiff seeks to amend because its live pleading was filed as "Plaintiff's Original Petition" in state court before the case was removed. The amendment sets out Plaintiff's pleadings in proper form for Federal Court. The amendment is also necessary since it adds claims and factual allegations for negligent misrepresentation and nondisclosure, an equitable estoppel defense, and an alternative cause of action for Plaintiff under the doctrine of promissory estoppel.

3. To date, Defendants have contended that Plaintiff's public adjuster's contract does not apply to the second 2018 insurance claim on the subject property even though Plaintiff incurred reliance damages based on Plaintiff's representations, conduct, and nondisclosure, as described in Plaintiff's First Amended Complaint. The amended complaint addresses these allegations and adds facts discovered through initial discovery in the case.

3. Rule 15(a)(2) of the Federal Rules of Civil Procedure allows a party to amend its pleading by leave of court, which "shall be freely given when justice so requires." This motion is timely and filed in accordance with the Court's scheduling order in this case.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court grant this motion for leave to file, order that Plaintiff's First Amended Complaint be filed, and award Plaintiff such other relief as may be proper.

Respectfully submitted,

*Loree & Lipscomb*
The Terrace at Concord Park
777 E. Sonterra Blvd, Suite 320
San Antonio, Texas 78258
Telephone: (210) 404-1320
Facsimile:  (210) 404-1310

By: */s/Robert W. Loree*
    Robert W. Loree
    State Bar No. 12579200
    rob@lhllawfirm.com

Attorney for Plaintiff

## CERTIFICATE OF CONFERENCE

On October 12, 2021, Robert W. Loree, counsel for Plaintiff, conferred with Doug Uloth, counsel for Defendant, who does not oppose Plaintiff's Motion for Leave to file Plaintiff's First Amended Complaint in this case.

*/s/ Robert W. Loree*
Robert W. Loree

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served electronically via the Court's CM/ECF system on October 11, 2021 to all counsel of record:

*/s/Robert W. Loree*
Robert W. Loree