# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| J.A. LANIER & ASSOCIATES, INC. § <br>     Plaintiff § <br> § <br> VS. § <br> § <br> ROBBINS ELECTRA § <br> MANAGEMENT, LLC § <br> and CHRISTINE DeFILIPPIS, § <br> Defendants § | CIVIL ACTION NUMBER <br> 4:21-cv-390 <br><br><br> JURY |

## ORDER OF DISMISSAL WITH
## PREJUDICE OF PLAINTIFF'S CLAIMS

Plaintiff J.A. LANIER & ASSOCIATES, LLC having announced to the Court that it wishes to dismiss with prejudice the claims which it has asserted against Defendants AMERICAN LANDMARK MANAGEMENT, LLC f/k/a ROBBINS ELECTRA MANAGEMENT, LLC and CHRISTINE DeFILIPPIS and that all costs of court, expenses of any nature and attorneys' fees incurred in connection with the prosecution of said claim be taxed against the party incurring same,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. That Plaintiff J.A. LANIER & ASSOCIATES, LLC's claims against Defendants AMERICAN LANDMARK MANAGEMENT, LLC f/k/a ROBBINS ELECTRA MANAGEMENT, LLC and CHRISTINE DeFILIPPIS are hereby dismissed with prejudice to their right to refile same; and

2. That all costs of court, attorney's fees and any other costs or expenses of any nature incurred in the prosecution of the aforementioned claims be paid by the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 13th day of September, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE